ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2016 SEP 21  PM 1:18

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| JIMMY LUIS BRISENO (01)<br>RENE N. BARRERA, SR. (02)<br>MIKE CANO (03)<br>CHRISTOPHER LEE DELEON (04) | **3-16 CR - 4 12 - M** |

### INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Defraud the United States
(Violation of 18 U.S.C. § 371)

At all times material to the indictment:

**Introduction**

1.     The Internal Revenue Service of the Department of the Treasury ("IRS")
was an agency of the United States government responsible for the collection of federal
income taxes owed by individual taxpayers.

2.     Each year, depending on the amount of taxable income, an individual
taxpayer was required to file a U.S. Individual Income Tax Return, Form 1040, claiming
his or her filing status, taxable income, exemptions, deductions, and showing any tax due
or refund if the tax was overpaid.

Indictment - Page 1

3.      IRS procedures permitted a taxpayer to file a U.S. Individual Income Tax Return, Form 1040 electronically, through a return preparer authorized to transmit the tax return information by electronic data transmission to an approved IRS service center.

4.      Before a return preparer submitted an Individual Tax Return, Form 1040, by electronic means, the IRS required that the return preparer apply online with the IRS and request issuance of an Electronic Filing Identification Number (EFIN).   An EFIN was a six-digit number assigned by the IRS to someone who claimed to be operating a legitimate business of filing individual income tax returns on behalf of taxpayers.   Through issuance of an EFIN, the IRS authorized a business to prepare tax returns and then electronically file these completed tax returns with the IRS on behalf of individual taxpayers.

5.      Upon IRS approval of the EFIN application, the requesting return preparer became an Electronic Return Originator (ERO) and was assigned an EFIN which the IRS used to identify and monitor ERO activity.

6.      In addition to EFIN's, the IRS assigned Preparer Tax Identification Numbers (PTIN) to registered tax return preparers for identification purposes.

**Defendants and Related Entities**

7.      During the period from at least about January 2011 through April 2013, defendant **Jimmy Luis Briseno** owned and operated the following tax preparation businesses: Tax Genius, dba K & J Tax Service (Tax Genius); and Anchondo Tax Service.   Although **Briseno** owned and operated Tax Genius, **Briseno** caused his wife's name to be listed on the IRS EFIN application as the sole owner of Tax Genius.   Although **Briseno** also owned and

operated the Anchondo Tax Service, **Briseno** caused his mother's name to be listed on the IRS

EFIN application as the sole owner of Anchondo Tax Service.   The primary business location

for both Tax Genius and Anchondo Tax Service was 111 East Centerville Road, Garland,

Texas (Garland office), in the Dallas Division of the Northern District of Texas.   However,

Tax Genius also operated out of a used car dealership located at 413 North Central

Expressway, Richardson, Texas (Richardson office); and at 3522 Gus Thomason Road, Suite

112, Mesquite, Texas (Mesquite office), also in the Dallas Division of the Northern District of

Texas.

| Business Name | Tax Year(s) | EFIN(s) Used | EFIN Registered To |
|---|---|---|---|
| Tax Genius d/b/a K & J Tax Service | 2010, 2011 2012 | 803788, 805159 807123 | K.B. (Briseno's wife) |
| Anchondo Tax Service | 2012 | 808946 | M.A. (Briseno's mother) |

8.       **Rene N. Barrera, Sr.**, defendant, was employed at Tax Genius as a tax return

preparer during the early months of 2011.   During this period, **Barrera** prepared and

submitted tax returns using EFIN 805159.   **Barrera** primarily worked as the manager of the

Richardson office of Tax Genius, which was co-located with a car lot.   **Briseno** trained

**Barrera** in how to file false tax returns.

9.       **Mike Cano**, defendant, was employed at Tax Genius as a tax return preparer

during the approximate period from about January 2011 through March 2012.   During this

period, **Cano** prepared and submitted tax returns using three different EFIN's during this

period.    **Cano** primarily worked at the Garland office of Tax Genius.   **Briseno** trained **Cano**

in how to file false tax returns.

10.       **Christopher Lee DeLeon**, defendant, was employed at Tax Genius as a tax

return preparer during the approximate period from about January 2011 through March 2012. During this period, **DeLeon** prepared and submitted tax returns using EFIN 807123. **DeLeon** primarily worked at the Garland office of Tax Genius.   Both **Briseno** and **Barerra** trained **DeLeon** in how to file false tax returns.

11.   **Briseno** caused the IRS to issue four different Electronic Filing Identification Numbers (EFIN's) which were later used as part of the conspiracy to defraud the United States, as follows:

| EFIN No. | Registered To | Issue Date | IRS Revoked EFIN |
|----------|---------------|------------|------------------|
| 803788 | K.B. co-owner of Tax Genius | 10-21-11 | 3-1-12 |
| 805159 | K.B. co-owner of Tax Genius | 10-21-11 | 3-1-12 |
| 807123 | K.B. co-owner of Tax Genius | 10-21-11 | 3-1-12 |
| 808946 | Anchondo Tax Service | 10-19-12 | |

### The Conspiracy and its Objects

12.   Beginning at least in about January 2011 and continuing until in or about April 2013, in the Dallas Division of the Northern District of Texas, defendants, **Jimmy Luis Briseno, Rene N. Barrera, Sr., Mike Cano,** and **Christopher Lee DeLeon,** did unlawfully, willfully, and knowingly conspire, combine, confederate, and agree with each other and with other persons known to the Grand Jury, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of revenue: to wit, income taxes.

### Manner and Means of the Conspiracy

13.   It was a part of the conspiracy that defendants routinely prepared and caused to

be electronically filed with the IRS individual income tax returns that contained one or more of the following falsely inflated or fictitious items:    false Forms Schedule C; false and fabricated Education Credits, and false items used to inflate and maximize the Earned Income Tax Credit (EITC) on the tax return.    Defendants submitted false and fraudulent information and documents to the IRS with the intent to cause the IRS to pay refunds based on this false tax information.

14.     It was a further part of the conspiracy that defendants caused taxpayer customer/clients to unknowingly file false tax returns by adding the false tax information to the returns without the taxpayers' knowledge or consent.

15.     During the period from on or about January 1, 2011 through April 15, 2013, defendants used the four above-referenced EFIN's to file at least 36 fraudulent tax returns. These 36 false tax returns resulted in a total criminal tax loss of approximately $229,449.

## Overt Acts in Furtherance of the Conspiracy

16.     In furtherance of the conspiracy and in order to effect its objects, the defendants and other conspirators committed and caused to be committed the overt acts alleged in Counts Two through Thirty-Seven, which the Grand Jury realleges and incorporates as if fully set forth herein.

In violation of 18 U.S.C. § 371.

Counts Two through Fourteen
Aiding and Assisting in the Preparation and Presentation
of False and Fraudulent Individual Income Tax Returns
(Violations of 26 U.S.C. § 7206(2))

On or about the dates listed below, within the Northern District of Texas, defendant,

**Jimmy Luis Briseno**, did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax

Return, Forms 1040, either individual or joint, for the taxpayers and calendar years set forth

below, each of which was false and fraudulent as to a material matter, in that they falsely

represented that the taxpayers were entitled under the provisions of the Internal Revenue laws,

to claim deductions and/or credits for items in the amounts hereinafter specified, whereas, the

defendant then and there knew, the taxpayers were not entitled to claim the deductions and/or

credits in the claimed amounts, which were falsely inflated or completely fictitious:

| Count | Tax Return Date Filed | Taxpayer | Tax Year | False Item | Amount Claimed |
|-------|----------------------|----------|----------|------------|----------------|
| 2 | 1-19-11 | M.P | 2010 | False Schedule C (Profit or Loss From Business) | $ 13,948 |
| 3 | 1-22-11 | K.R. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
| | | | | False Schedule C (Profit or Loss From Business) | $7,704 |
| | | | | False Earned Income Tax Credit | $1,230 |
| 4 | 2-9-12 | B.E. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
| | | | | False Schedule C (Profit or Loss From Business) | $37,291 |
| | | | | False Earned Income Tax Credit | $2,332 |

| Count | Tax Return Date Filed | Taxpayer | Year | False Item Claimed | Amount Claimed |
|---|---|---|---|---|---|
| 5 | 2-3-12 | R.L. & L.L. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $8,000 |
|  |  |  |  | False Schedule C (Profit or Loss From Business) | $18,958 |
|  |  |  |  | False Earned Income Tax Credit | $3,328 |
| 6 | 2-3-12 | C.R. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
|  |  |  |  | False Schedule C (Profit or Loss From Business) | $11,732 |
|  |  |  |  | False Earned Income Tax Credit | $2,475 |
| 7 | 2-3-12 | E.G. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
|  |  |  |  | False Schedule C (Profit or Loss From Business) | $9,552 |
|  |  |  |  | False Earned Income Tax Credit | $1,527 |
| 8 | 2-26-12 | J.P. & S.P. | 2011 | Form 8863 (Education Credit), Line 1(c) | $4,000 |
|  |  |  |  | False Schedule C (Profit or Loss From Business) | $15,473 |
|  |  |  |  | False Earned Income Tax Credit | $3,302 |
| 9 | 2-3-12 | V.R. | 2011 | Form 8863 (Education Credit), Line 1(c) | $8,000 |
|  |  |  |  | False Schedule C (Profit or Loss From Business) | $22,064 |
|  |  |  |  | False Earned Income Tax Credit | $5,154 |

| Count | Tax Return Date Filed | Taxpayer | Year | False Item Claimed | Amount Claimed |
|-------|----------------------|----------|------|---------------------|----------------|
| 10 | 2-8-12 | Y.V. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $12,000 |
| | | | | False Schedule C (Profit or Loss From Business) | $10,046 |
| | | | | False Earned Income Tax Credit | $2,756 |
| 11 | 2-6-12 | C.A. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
| | | | | False Schedule C (Profit or Loss From Business) | $14,812 |
| | | | | False Earned Income Tax Credit | $3,127 |
| 12 | 2-8-13 | C.H. | 2012 | False Schedule C (Profit or Loss From Business) | $24,117 |
| | | | | False Earned Income Tax Credit | $46 |
| 13 | 2-12-13 | D.T. | 2012 | False Schedule C (Profit or Loss From Business) | $19,431 |
| | | | | False Earned Income Tax Credit | $1,997 |
| 14 | 2-19-13 | J.L. | 2012 | False Schedule C (Profit or Loss From Business) | $14,805 |
| | | | | False Earned Income Tax Credit | $3,325 |

Each in violation of 26 U.S.C. § 7206(2).

Counts Fifteen through Twenty-Two
Aiding and Assisting in the Preparation and Presentation
of False and Fraudulent Individual Income Tax Returns
(Violations of 26 U.S.C. § 7206(2))

On or about the dates listed below, within the Northern District of Texas, defendant,

**Rene N. Barrera, Sr.,** did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax

Return, Forms 1040, either individual or joint, for the taxpayers and calendar years set forth

below, each of which was false and fraudulent as to a material matter, in that they represented

that the taxpayers were entitled under the provisions of the Internal Revenue laws, to claim

deductions and/or credits for items in the amounts hereinafter specified, whereas, the

defendant then and there knew the taxpayers were not entitled to claim the deductions and/or

credits in the claimed amounts, which were falsely inflated or completely fictitious:

| Count | Tax Return Date Filed | Taxpayer | Tax Year | False Item Claimed | Amount Claimed |
|-------|----------------------|----------|----------|--------------------|----------------|
| 15 | 3-7-11 | M.S. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
|    |        |      |      | False Schedule C (Profit or Loss From Business) | $27,078 |
|    |        |      |      | False Earned Income Tax Credit | $82 |
| 16 | 1-27-11 | B.S. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
|    |        |      |      | False Schedule C (Profit or Loss From Business) | $43,328 |
|    |        |      |      | False Earned Income Tax Credit | $457 |

| Count | Tax Return Date Filed | Taxpayer | Tax Year | False Item Claimed | Amount Claimed |
|-------|----------------------|----------|----------|--------------------|----------------|
| 17 | 2-7-11 | K.S. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
|    |        |      |      | False Schedule C (Profit or Loss From Business) | $15,681 |
|    |        |      |      | False Earned Income Tax Credit | $2,622 |
| 18 | 3-28-11 | C.C. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
|    |        |      |      | False Unreimbursed Employee Expense, Schedule A, Line 21 | $19,800 |
| 19 | 1-27-11 | G.H. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
|    |        |      |      | False Schedule C (Profit or Loss From Business) | $39,543 |
| 20 | 2-28-11 | L.E. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $8,000 |
|    |        |      |      | False Schedule C (Profit or Loss From Business) | $38,650 |
| 21 | 2-7-11 | A.P. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
|    |        |      |      | False Schedule C (Profit or Loss From Business) | $17,505 |
|    |        |      |      | False Earned Income Tax Credit | $2,943 |
| 22 | 2-14-11 | C.B. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $3,893 |
|    |        |      |      | False Schedule C (Profit or Loss From Business) | $27,769 |

Each in violation of 26 U.S.C. § 7206(2).

<u>Counts Twenty-Three through Twenty-Nine</u>
Aiding and Assisting in the Preparation and Presentation
of False and Fraudulent Individual Income Tax Returns
(Violations of 26 U.S.C. § 7206(2))

On or about the dates listed below, within the Northern District of Texas, defendant,

**Mike Cano**, did willfully aid and assist in, and procure, counsel, and advise the preparation

and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Return,

Forms 1040, either individual or joint, for the taxpayers and calendar years set forth below,

each of which was false and fraudulent as to a material matter, in that they represented that the

taxpayers were entitled under the provisions of the Internal Revenue laws, to claim deductions

and/or credits for items in the amounts hereinafter specified, whereas, the defendant then and

there knew the taxpayers were not entitled to claim the deductions and/or credits in the

claimed amounts, which were falsely inflated or completely fictitious:

| Count | Tax Return Date Filed | Taxpayer | Tax Year | False Item Claimed | Amount Claimed |
|-------|----------------------|----------|----------|--------------------|----------------|
| 23 | 2-11-12 | P.C. | 2011 | False Schedule C (Profit or Loss From Business) | $15,031 |
|  |  |  |  | False Earned Income Tax Credit | $3,170 |
| 24 | 2-2-12 | C.H. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $10,000 |
|  |  |  |  | False Schedule C (Profit or Loss From Business) | $23,405 |
|  |  |  |  | False Earned Income Tax Credit | $137 |
| 25 | 2-9-12 | T.G, & D.G. | 2011 | False Schedule C (Profit or Loss From Business) | $20,728 |
|  |  |  |  | False Earned Income Tax Credit | $4,627 |

| Count | Tax Return Date Filed | Taxpayer | Tax Year | False Item Claimed | Amount Claimed |
|---|---|---|---|---|---|
| 26 | 2-11-12 | J.J. | 2011 | False Schedule C (Profit or Loss From Business) | $17,739 |
| | | | | False Earned Income Tax Credit | $2,697 |
| 27 | 2-12-11 | D.T. | 2010 | False Form 8863 (Education Credit), Line 1(c) | $2,660 |
| | | | | False Schedule C (Profit or Loss From Business) | $7,064 |
| | | | | False Earned Income Tax Credit | $58 |
| 28 | 2-4-12 | D.T. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
| | | | | False Schedule C (Profit or Loss From Business) | $17,028 |
| | | | | False Earned Income Tax Credit | $1,219 |
| 29 | 2-6-12 | J.L. | 2011 | False Schedule C (Profit or Loss From Business) | $15,619 |
| | | | | False Earned Income Tax Credit | $3,296 |

Each in violation of 26 U.S.C. § 7206(2).

<u>Counts Thirty through Thirty-Seven</u>
Aiding and Assisting in the Preparation and Presentation
of False and Fraudulent Individual Income Tax Returns
(Violations of 26 U.S.C. § 7206(2))

On or about the dates listed below, within the Northern District of Texas, defendant,

**Christopher Lee DeLeon**, did willfully aid and assist in, and procure, counsel, and advise the

preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax

Return, Forms 1040, either individual or joint, for the taxpayers and calendar years set forth

below, each of which was false and fraudulent as to a material matter, in that they represented

that the taxpayers were entitled under the provisions of the Internal Revenue laws, to claim

deductions and/or credits for items in the amounts hereinafter specified, whereas, the

defendant then and there knew the taxpayers were not entitled to claim the deductions and/or

credits in the claimed amounts, which were falsely inflated or completely fictitious:

| Count | Tax Return Date Filed | Taxpayer | Tax Year | False Item Claimed | Amount Claimed |
|---|---|---|---|---|---|
| 30 | 2-6-12 | A.M. | 2011 | False Schedule C (Profit or Loss From Business) | $22,915 |
| | | | | False Earned Income Tax Credit | $3,094 |
| 31 | 2-4-12 | M.S. | 2011 | False Schedule C (Profit or Loss From Business)t | $68,422 |
| 32 | 2-4-12 | J.B. & R.B. | 2011 | False Schedule C (Profit or Loss From Business) | $27,024 |
| 33 | 2-8-12 | T.W. & B.W. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $8,000 |
| | | | | False Schedule C (Profit or Loss From Business) | $40,714 |

| Count | Tax Return Date Filed | Taxpayer | Tax Year | False Item Claimed | Amount Claimed |
|---|---|---|---|---|---|
| 34 | 2-8-12 | L.S. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
| | | | | False Schedule C (Profit or Loss From Business) | $26,858 |
| | | | | False Earned Income Tax Credit | $3,094 |
| 35 | 2-11-12 | P.M. | 2011 | False Schedule C (Profit or Loss From Business) | $23,537 |
| | | | | False Earned Income Tax Credit | $3,094 |
| 36 | 2-11-12 | D.F. | 2011 | False Schedule C (Profit or Loss From Business) | $15,223 |
| | | | | False Earned Income Tax Credit | $2,259 |
| 37 | 2-9-12 | M.C. | 2011 | False Form 8863 (Education Credit), Line 1(c) | $4,000 |
| | | | | False Schedule C (Profit or Loss From Business) | $30,358 |
| | | | | False Earned Income Tax Credit | $3,094 |

Each in violation of 26 U.S.C. § 7206(2).


**[REMAINDER OF PAGE BLANK, ONLY SIGNATURES FOLLOW]**

A TRUE BILL

FOREPERSON

JOHN R. PARKER
United States Attorney

DAVID L. JARVIS
Assistant United States Attorney
Texas State Bar No. 10585500
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8729
Facsimile:   214.659.8812

Email: david.jarvis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

JIMMY LUIS BRISENO (01)
RENE N. BARRERA, SR. (02)
MIKE CANO (03)
CHRISTOPHER LEE DELEON (04)

---

INDICTMENT
18 USC § 371
Conspiracy to Defraud the United States

26 USC §7206(2)
Aiding and Assisting in the Preparation and Presentation of False and Fraudulent
Individual Income Tax Returns

37 Counts

---

A true bill rendered

DALLAS                                                    FOREPERSON

Filed in open court this 21st day of September, 2016.

---

**Warrant to be Issued for all Defendants**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending